Case Number: 1:23-cv-0098-JLS      3-25-24

Hussar v. NY State Trooper P. Monte

UNITED STATES DISTRICT COURT
FILED
MAR 28 2024
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

I'm writing to the courts to see if the summons was served if so the date it was. It has been over 90 day's from the date the court order for the us marshals to serve the summons I have not heard from anyone sence 1-9-24

I am In Riverview correctional facility can someone please contact me and let me know what's going on

Thank you

RIVERVIEW CORRECTIONAL FACILITY
P.O. BOX 247
OGDENSBURG, N.Y. 13669

NAME: Shawn Husser   DIN: 24B0246

23-cv-988

RIVERVIEW CORRECTIONAL FACILITY



RIVERVIEW CORRECTIONAL FACILITY

NEOPOST
03/26/2024
US POSTAGE $000.64⁰

FIRST-CLASS MAIL

ZIP 13669

USDC - WDNY
MAR 2 8 2024
BUFFALO

Court Clerk
2 Niagara Square
Buffalo NY 14202

D-1

Legal Mail

1420283350 C030